WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff U.S. Bank National Association, as Legal Title Trustee for PROF-2013-S3 Legal Title Trust IV*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR PROF-2013-S3 LEGAL TITLE TRUST IV, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG, LLC., a Nevada limited liability company; HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada corporation; THUNDER PROPERTIES, INC., a Nevada corporation; DAYTON P. ROSS, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00122-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

Plaintiff, U.S. Bank National Association, as Legal Title Trustee for PROF-2013-S3 Legal Title Trust IV ("Plaintiff" or "U.S. Bank"), Defendant, Thunder Properties, Inc. ("Thunder"), and Defendant, Highland Ranch Homeowners Association ("Highland Ranch") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, the Parties are discussing global settlement, and have a reasonable expectation that this matter will resolve without expending time and expense on further motion practice;

1

WHEREAS, due to the organizational nature of U.S. Bank, and the fact that Highland Ranch is comprised of a volunteer board, the Parties require additional time to conduct settlement negotiations;

THEREFORE, based on the above:

IT IS HEREBY STIPULATED AND AGREED that the dispositive motion deadline should be continued for 60 days from March 20, 2019 to May 20, 2019, to permit the Parties additional time to discuss settlement and resolution of all pending claims.

IT IS HEREBY STIPULATED AND AGREED that if a global resolution is not reached prior to the extended dispositive motion deadline, then the parties shall proceed with dispositive motion practice.

This is the Parties' first request for extension of the deadline to file dispositive motions. This request is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| DATED this 14th day of March, 2019. | DATED this 14th day of March, 2019. |
| **WRIGHT, FINLAY & ZAK, LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| /s/ Paterno C. Jurani, Esq. | /s/ Timothy R. Rhoda, Esq. |
| Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Paterno C. Jurani, Esq.<br>Nevada Bar No. 8136<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff U.S. Bank National Association, as Legal Title Trustee for PROF-2013-S3 Legal Title Trust IV* | Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>Timothy R. Rhoda, Esq.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant, Thunder Properties, Inc.* |

DATED this 14th day of March, 2019.

LEACH KERN GRUCHOW ANDERSON SONG

/s/ Karen M. Ayarbe, Esq.
Gayle A. Kern, Esq.
Nevada Bar No. 1620
Karen M. Ayarbe, Esq.
Nevada Bar No. 3358
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Defendant, Highland Ranch Homeowners Association*

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS (FIRST REQUEST)
Case No.: 3:17-cv-00122-MMD-VPC

**ORDER**

IT IS SO ORDERED.
DATED this 18th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3