FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 18 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff U.S. Bank National Association, as Legal Title Trustee for PROF-2013-S3 Legal Title Trust IV*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR PROF-2013-S3 LEGAL TITLE TRUST IV, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG, LLC., a Nevada limited liability company; HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada corporation; THUNDER PROPERTIES, INC., a Nevada corporation; DAYTON P. ROSS, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00122-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff, U.S. Bank National Association, as Legal Title Trustee for PROF-2013-S3 Legal Title Trust IV ("Plaintiff" or "U.S. Bank"), Defendant, Thunder Properties, Inc. ("Thunder"), and Defendant, Highland Ranch Homeowners Association ("Highland Ranch") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on March 18, 2019, an Order Granting Stipulation and Order to Extend Deadline for Dispositive Motions to May 20, 2019 was filed [ECF No. 46];

1. WHEREAS, pursuant to the Stipulation and Order to Modify Discovery Plan and Scheduling Order filed on November 27, 2018 [ECF No. 41], the deadline to file a Pretrial Order is April 19, 2019; the deadline is suspended if dispositive motions are timely filed;

2. WHEREAS, the Parties continue to discuss global settlement, with reasonable expectation that this matter will resolve without expending time and expense on further motion practice;

THEREFORE, based on the above:

IT IS HEREBY STIPULATED AND AGREED that the deadline to file a Pretrial Order should be continued from April 19, 2019 to June 19, 2019. The deadline is suspended if dispositive motions are timely filed.

This is the Parties' first request for extension of the deadline to file a Pretrial Order. This request is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED AND AGREED.

| DATED this 16th day of April, 2019. | DATED this 16th day of April, 2019. |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| /s/ Paterno C. Jurani, Esq. | /s/ Timothy R. Rhoda, Esq. |
| Dana Jonathon Nitz, Esq. | Roger P. Croteau, Esq. |
| Nevada Bar No. 0050 | Nevada Bar No. 4958 |
| Paterno C. Jurani, Esq. | Timothy R. Rhoda, Esq. |
| Nevada Bar No. 8136 | Nevada Bar No. 7878 |
| 7785 W. Sahara Ave., Suite 200 | 9120 West Post Road, Suite 100 |
| Las Vegas, Nevada 89117 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff U.S. Bank National Association, as Legal Title Trustee for PROF-2013-S3 Legal Title Trust IV* | *Attorneys for Defendant, Thunder Properties, Inc.* |

DATED this 16th day of April, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

/s/ *Karen M. Ayarbe, Esq.*
Gayle A. Kern, Esq.
Nevada Bar No. 1620
Karen M. Ayarbe, Esq.
Nevada Bar No. 3358
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Defendant, Highland Ranch Homeowners Association*

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PRETRIAL ORDER**
**(FIRST REQUEST)**
Case No.: 3:17-cv-00122-MMD-VPC

## ORDER

IT IS SO ORDERED.
DATED this 16th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3