WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff U.S. Bank National Association, as Legal Title Trustee for PROF-2013-S3 Legal Title Trust IV*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR PROF-2013-S3 LEGAL TITLE TRUST IV, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG, LLC., a Nevada limited liability company; HIGHLAND RANCH HOMEOWNERS ASSOCIATION, a Nevada corporation; THUNDER PROPERTIES, INC., a Nevada corporation; DAYTON P. ROSS, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00122-MMD-CBC<br><br>**STIPULATION AND ORDER TO DISMISS PURSUANT TO SETTLEMENT WITH PREJUDICE** |

Plaintiff, U.S. Bank National Association, as Legal Title Trustee for PROF-2013-S3 Legal Title Trust IV ("Plaintiff" or "U.S. Bank"), Defendant, Thunder Properties, Inc. ("Thunder"), and Defendant, Highland Ranch Homeowners Association ("Highland Ranch") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS:

1.     The real property which is the subject of this suit is commonly known as 6385 Mono Court, Sun Valley, Nevada 89433; APN: 508-211-15 ("Property") and is part of the

Highland Ranch Homeowners Association;

2. Borrower, Dayton P. Ross ("Borrower"), executed a Note to finance purchase of the Property, the repayment of which was secured by a Deed of Trust recorded against the Property as Document Number 3729254 in the official records of the Washoe County Recorder's Office;

3. U.S. Bank is the current beneficiary of record of the Deed of Trust;

4. On December 28, 2012, a Notice of Delinquent Assessment Lien was recorded against the Property by Alessi & Koenig, LLC ("A&K") on behalf of Highland Ranch;

5. On June 5, 2013, a Notice of Default and Election to Sell Under Homeowners Association Lien was recorded against the Property by A&K on behalf of Highland Ranch;

6. On November 18, 2013, a Notice of Trustee's Sale was recorded against the Property by A&K on behalf of Highland Ranch;

7. A&K sold the Property on behalf of Highland Ranch on December 19, 2013 ("HOA Sale") to LVDG LLC Series 172 ("LVDG"), shown by the Trustee's Deed Upon Sale recorded as Document Number 4314196 in the official records of the Washoe County Recorder;

8. On July 22, 2015, a Grant Deed was recorded as Document Number 4494580 in the official records of the Washoe County Recorder, wherein the Property was transferred to Thunder;

9. On February 24, 2017, U.S. Bank filed a Complaint for Quiet Title against Thunder, Highland Ranch, A&K, and Borrower;

10. On May 5, 2017, Thunder filed its Answer to the Complaint;

11. On May 9, 2017, Highland Ranch filed its Answer to the Complaint;

12. U.S. Bank, Thunder, and Highland Ranch have now come to a resolution regarding their respective claims and interests in the Property;

13. U.S. Bank, Thunder, and Highland Ranch have executed, or will execute, a settlement agreement, the terms of which are confidential, but under which U.S. Bank agrees to relinquish its right, title and interest in the Property for agreed-upon consideration;

Stipulation and Order to Dismiss Pursuant to Settlement; Case No. 3:17-cv-00122-MMD-VPC

2

1      14.    Nothing in this Stipulation should be construed as intended to benefit any party

2  other than U.S. Bank, Thunder, and Highland Ranch, and in particular, shall not constitute a

3  waiver or relinquishment of any claims by U.S. Bank against the Borrower under the Note; and

4      15.    Each Party shall bear its own fees and costs incurred in this litigation and

5  settlement.

6      **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that U.S.

7  Bank's Complaint against Thunder and Highland Ranch is hereby dismissed in its entirety **with**

8  ***prejudice***.

9      **IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and

10  Order is intended to be, or will be, construed as an admission of the validity of the claims or

11  defenses of any Party.

12      **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is

13  in no way intended to impair the rights of U.S. Bank (or any of its authorized servicers, agents,

14  investors, affiliates, predecessors, successors, and assigns) to pursue any and all legal remedies

15  against Borrower that U.S. Bank (or any of its authorized servicers, agents, investors, affiliates,

16  predecessors, successors, and assigns) may have relating to the Note, including the right to sue

17  Borrower for any deficiency.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Stipulation and Order to Dismiss Pursuant to Settlement; Case No. 3:17-cv-00122-MMD-VPC

1    **IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own

2  attorneys' fees and costs incurred in this litigation and settlement.

3    **IT IS SO STIPULATED.**

4  DATED this 30th day of August, 2019.          DATED this 30th day of August, 2019.

5

6  **WRIGHT, FINLAY & ZAK, LLP**              **ROGER P. CROTEAU & ASSOCIATES, LTD.**

7  _/s/ Paterno C. Jurani, Esq._              _/s/ Timothy R. Rhoda, Esq._

8  Dana Jonathon Nitz, Esq.                   Roger P. Croteau, Esq.
   Nevada Bar No. 0050                        Nevada Bar No. 4958

9  Paterno C. Jurani, Esq.                    Timothy R. Rhoda, Esq.
   Nevada Bar No. 8136                        Nevada Bar No. 7878

10 7785 W. Sahara Ave., Suite 200             9120 West Post Road, Suite 100

11 Las Vegas, Nevada 89117                    Las Vegas, Nevada 89148
   _Attorneys for Plaintiff U.S. Bank National_   _Attorneys for Defendant, Thunder Properties,_

12 _Association, as Legal Title Trustee for PROF-_  _Inc._
   _2013-S3 Legal Title Trust IV_

13

14 DATED this 30th day of August, 2019.

15

16 **LEACH KERN GRUCHOW ANDERSON SONG**

17

18 _/s/ Karen M. Ayarbe, Esq._
   Gayle A. Kern, Esq.

19 Nevada Bar No. 1620
   Karen M. Ayarbe, Esq.

20 Nevada Bar No. 3358
   5421 Kietzke Lane, Suite 200

21 Reno, Nevada 89511

22 _Attorneys for Defendant, Highland Ranch_
   _Homeowners Association_

23

24    **IT IS SO ORDERED**.

25    Dated this __3rd__ day of __September__, 2019.

26

27    _____
      UNITED STATES DISTRICT COURT JUDGE

28

Stipulation and Order to Dismiss Pursuant to Settlement; Case No. 3:17-cv-00122-MMD-VPC